**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:11CR00233-05 JLH | |
| ROBERT SHIPP | DEFENDANT |

**ORDER**

On May 15, 2012, the Court entered an order setting a deadline of May 29, 2012, for counsel for the government or defendant to dispute the findings in the forensic evaluation report, to file a motion for hearing, or motion in opposition to the report, including a concise statement of opposition to the report and supporting authorities.

No opposition to the report has been filed. Therefore, the conclusions stated in the report are adopted as the conclusions and findings of the Court.

IT IS SO ORDERED this 31st day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE