IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                               **PLAINTIFF**

v.                      **CASE NO. 4:11-CR-00233-BSM-5**

**ROBERT SHIPP, JR.**                                                                       **DEFENDANT**

## ORDER

Robert Shipp's pro se motion to reduce his sentence [Doc. No. 243] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. *See* U.S.S.G 1.10(a)(2). This is true because the amendment merely reduces his criminal history points from 20 to 19, and therefore his criminal history category remains at level VI.

IT IS SO ORDERED this 9th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE